

#L6579232#

District Name ___HEMPSTEAD___

# New York State Department of Health

District No ___2950___

# Certificate of Marriage Registration   Local Register No ___02869___

*This is to certify that the persons identified below were married on the date and at the place specified as shown by the duly registered license and certificate of marriage on file in this office*

## Bride/Groom/Spouse

Name ___Aron Cruz-Pareja___     ___Aron Cruz Pareja___

     First     Middle     Premarriage Surname      Birth Name (if different from premarriage surname)

[X] Check box if same as premarriage surname

New Surname (if applicable)

Residing at ___Hempstead, New York___

Date of Birth ___Dec 29, 1983___     Place of Birth ___Mexico___
    Month   Day   Year       City, Town or Village/State or Country

## Bride/Groom/Spouse

Name ___Alicia Bonilla___

     First     Middle     Premarriage Surname      Birth Name (if different from premarriage surname)

___Cruz___      [ ] Check box if same as premarriage surname

New Surname (if applicable)

Residing at ___Hempstead, New York___

Date of Birth ___July 10, 1985___     Place of Birth ___El Salvador___
    Month   Day   Year       City, Town or Village/State or Country

Date of Marriage ___Aug 24, 2017___     Place of Marriage ___Hempstead___ , NEW YORK
    Month   Day   Year       City, Town or Village

**(SEAL)**      Town or City Clerk ▶ _Damian Ahmed_     ___August 29, 2017___
                                                               Month   Day   Year

[ ] If checked, the marriage was a second or subsequent ceremony

Do not accept this transcript unless the raised seal of the issuing locality is affixed thereon.

**Any Alteration Invalidates This Certificate**

See Reverse Side For A List of Security Features Used In This Form

DOH 196 (7/2011)



We the People

Of the United States,

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

PASSPORT
PASSEPORT
PASAPORTE

USA

# UNITED STATES OF AMERICA

Type / Type / Tipo: **P**
Code / Code / Código: **USA**
Passport No. / No. du Passeport / No. de Pasaporte: **662944488**

Surname / Nom / Apellidos:
**BONILLA**

Given Names / Prénoms / Nombres:
**ALICIA**

Nationality / Nationalité / Nacionalidad:
**UNITED STATES OF AMERICA**

Date of birth / Date de naissance / Fecha de nacimiento:
**10 Jul 1985**

Place of birth / Lieu de naissance / Lugar de nacimiento:
**EL SALVADOR**

Sex / Sexe / Sexo: **F**

Date of issue / Date de délivrance / Fecha de expedición:
**28 Apr 2021**

Date of expiration / Date d'expiration / Fecha de caducidad:
**27 Apr 2031**

Authority / Autorité / Autoridad:
**United States Department of State**

Endorsements / Mentions Spéciales / Anotaciones:
SEE PAGE 27

USA

P<USABONILLA<<ALICIA<<<<<<<<<<<<<<<<<<<<<<<<<<<
6629444881USA8507103F3104275115250949<712202

Recorded District
2900

Register Number
3627

## New York State Department of Health
# CERTIFICATE OF LIVE BIRTH

State File Number:



131-2013-00087404

### INFANT

| 1A Name First | Middle | Last |
|---|---|---|
| Dianne | Abigail | Cruz |

| 2A Date of Birth | 2B Hour | 3 Sex | 4A Birth Is | 4B If Not Single, Birth Is |
|---|---|---|---|---|
| September 28, 2013 | 2:19 PM | Female | Single | |

| 5 Place of Birth | 6A Facility Name (Address, if Place of Birth is Other than Hospital / Birthing Center) |
|---|---|
| Hospital | Winthrop-University Hospital |

| 6B Locality of Birth | 6C County of Birth |
|---|---|
| Village of Mineola | Nassau |

### MOTHER

| 7A-1 Name First | Middle | Current Last Name |
|---|---|---|
| Alicia | | Bonilla |

| 7A-2 Last Name on Birth Certificate | 7B Date of Birth | 7C City & State of Birth (Country, if not U.S.A.) |
|---|---|---|
| Bonilla | 07/10/1985 | El Salvador |

| 8A Residence State (Country, if not U.S.A.) | 8B County (Terr. or Prov., if not U.S.A.) |
|---|---|
| New York | Nassau |

| 8C Locality | 8D Inside City / Village Limits |
|---|---|
| Village of Hempstead | Yes |

| 8E Street and Number of Residence | 8F Zip Code |
|---|---|
| 42 Homan Blv | 11550 |

| 8G Mailing Address | 8H Zip Code |
|---|---|
| 42 Homan Blv., Hempstead, NY | 11550 |

### FATHER

| 9A-1 Name First | Middle | Current Last Name |
|---|---|---|
| | | |

| 9A-2 Last Name on Birth Certificate | 9B Date of Birth | 9C City & State of Birth (Country, if not U.S.A.) |
|---|---|---|
| | | |

### ATTENDANT

| 10A I certify that the stated information concerning this child is true to the best of my knowledge and belief. | 10B Date Signed | Month | Day | Year |
|---|---|---|---|---|
| Signature | | 10 | 04 | 2013 |

| 10C Name of Certifier / Attendant | Title | 10D-1 NYS License Number |
|---|---|---|
| Storch, SARA R. | M.D. | 226759 |

| 10E Attendant's Name | Title | 10F-1 NYS License Number |
|---|---|---|
| MOON FREDRIC ROBERT | D.O. | 216357 |

| 11A Registrar Name | | 11C Date Filed | Month | Day | Year |
|---|---|---|---|---|---|
| Joseph B. Scalero | | | 10 | 07 | 2013 |

| 11B Signature of the Registrar | |
|---|---|
| Cedepes, Dp. Registrar | |

12 Information Added or Corrected
Item No.    Date of Correction    Authorization    Original Information

DOH-78R-RE (08/2009)

# CHILDREN'S SURGICAL GROUP, P.c.

## CHARLES V COREN, M.D., F.A.C.S., F.A.A.P.

Clinical Assistant Professor of Surgery, Stony Brook Medicine. State University of New York
Director of Pediatric Trauma. Winthrop University Hospital
Director of Pediatric Surgery, Nassau University Medical Center

February 5, 2026

To Whom It May Concern:                    Re: Diane Cruz

The above patient, Diane Cruz born on September 28, 2013 has been a patient of mine since birth. She was born with a complex condition, known as an Omphalocele. However, her Omphalocele was even more complex in that she had her entire liver outside of the abdominal cavity. She's required meticulous attention and care for all of her life so far. She required several operations to obtain closure of the abdominal cavity and replacement of the liver in her abdomen.

Fortunately she has done well, but she has not completed her treatment. She still has foreign material in the abdominal wall that will need to be replaced. She also is in need of development of an umbilical remnant that was removed at the time of surgery.

Because of the position of her liver, she is in need of protection from contact physical sports. She has been followed by various services in addition to surgery, including Pediatric GI, Nephrology and Cardiology.

At the time of her surgery, it was performed with the assistance of the Plastic Surgery reconstruction team as well. Her main operation, which was the closure of the abdominal wall was on January 20, 2016. She has been regularly followed with both Pediatric Surgery and the Plastic Surgery team since.

Her overall prognosis is good, but she requires close monitoring—For all these reasons she needs to remain in the vicinity for purposes of long term care.

If you have any other concerns, please do not hesitate to contact me directly.

Sincerely,

CHARLES V. COREN, M.D.

CVC/dra



(b)(6)

| Receipt Number | | Case Type |
|---|---|---|
| IOE0909793651 | | I130 - PETITION FOR ALIEN RELATIVE |
| **Received Date** | **Priority Date** | **Petitioner** |
| 09/28/2020 | 09/28/2020 | CRUZ, ALICIA   (b)(6) |
| **Notice Date** | **Page** | **Beneficiary** |
| 08/24/2021 | 1 of 1 | CRUZ-PAREJA, ARON |

| | |
|---|---|
| CRUZ, ALICIA<br>c/o LAW OFFICE OF JUAN C BERNARDD<br>LAW OFFICE OF JUAN C BERNARDD<br>250 FULTON AVE ME1<br>HEMPSTEAD NY 11550 | **Notice Type:** Approval Notice<br>Section: Husband or wife of U.S Citizen, 201(b)<br>INA |

The above petition has been approved. As the petitioner requests, we have sent the petition to the U.S. Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. The NVC processes all approved immigrant visa petitions that need consular action, including the collection of necessary forms and documents. It also determines which consular post is appropriate to complete visa processing. The NVC will then transfer the approved petition to the consular post once processing has been completed and an interview has been scheduled at the Embassy or Consulate.

The NVC will contact the beneficiary of this petition with further information about immigrant visa processing steps.

You should allow a minimum of 45 days for U.S. Department of State processing before contacting the NVC. If you have not received any correspondence from NVC within 45 days, you may contact the NVC at https://nvc.state.gov/inquiry.

For more information about NVC processing, please visit https://nvc.state.gov

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.
**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Potomac Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
2200 Potomac Center Dr
MS 2425
Arlington VA 20598-2425



USCIS Contact Center: www.uscis.gov/contactcenter

(b)(6)

 

ALICIA CRUZ
42 HOMAN BLVD
HEMPSTEAD, NY    11550
United States Of America



## Notice of Immigrant Visa Case Creation

31-AUG-2021

Dear ARON CRUZ PAREJA:

Thank you for your interest in immigrating to the United States of America. The Department of State's National Visa Center (NVC) received your approved immigrant visa petition from U.S. Citizenship and Immigration Services (USCIS). NVC's role is to ensure you are prepared for your immigrant visa interview at a U.S. Embassy/Consulate General, and to schedule your interview appointment.

NVC is responsible for collecting any applicable fees, the Immigrant Visa Application, supporting civil documents, police certificate(s), Affidavit of Support, and financial documents, if applicable, prior to your visa interview at a U.S. Embassy/Consulate General. **Do not mail documents to NVC, even if you received instructions to mail documents to NVC in the past.**

You need to log on to the Department of State's Consular Electronic Application Center (CEAC) at https://ceac.state.gov/IV to check your case status, pay any necessary fees, upload and submit documents, and read messages from NVC.

If you are logging into CEAC for the first time, please be aware that it can take up to three days (72 hours) from receipt of this notice for your account to be activated. Once activated, you can log into CEAC using the following unique NVC case number and Invoice Identification Number.

| | |
|---|---|
| NVC Case Number: | CDJ2021743271 |
| Invoice ID Number: | IVSCA00002219862 |

You should keep this information available in a safe place as you will need it every time you log on to CEAC. Please keep in mind that you must use CEAC to provide NVC with the fees and documents that are required prior to your immigrant visa interview. We do not accept these by mail.

**Please Note: You must bring the exact original of any scanned document you upload to CEAC that NVC accepts to your immigrant visa interview. Failure to bring the exact original you uploaded to CEAC may delay the processing of your case.**

CREATE_NOTICE_PIVOT



## Certificate of Merit

*presented to*

# *Aron Cruz, Jr.*

upon your graduation from Hempstead High School
on this, the 27th day of June, 2004.



*Kate Murray*
KATE MURRAY
Supervisor

ANTHONY J. SANTINO
Councilman

ANGIE M. CULLIN
Councilwoman

DOROTHY L. GOOSBY
Councilwoman

GARY HUDES
Councilman

JAMES DARCY
Councilman

EDWARD A. AMBROSINO
Councilman

MARK A. BONILLA
Town Clerk

DONALD X. CLAVIN, JR.
Receiver of Taxes



# CERTIFICATE OF COMPLETION

THIS IS TO CERTIFY THAT

## Aron Cruz

PARTICIPATED IN

## Applicator Information Program

Course END DATE:  April 15, 2015

In Woodstock, New Hampshire

R.J. Anderson
Technical Support Manager
Bayer MaterialScience, LLC

Bayer MaterialScience, LLC
2400 Spring Stuebner Rd
Spring, TX 77389
281-350-9000



# ASSEMBLY OF GOD COMUNIDADE CEIFA INC.

To Whom It May Concern,

This letter is to formally recommend Mr. Aron da Cruz Pareja.

Mr. Aron da Cruz Pareja has been visitor of Ceifa Church for the past 18 years. Throughout this time, he has demonstrated consistent commitment and dedication to both the church and the community.

He has faithfully served as a musician in our church, using his talents to bless and uplift others during worship services. His service has always been carried out with responsibility, humility, and excellence.

His wife, Alícia Pareja is also a devoted member of our church and serves as the leader of the Intercession Ministry.

In addition, their daughter actively participates in the children's ministry activities.

During all these years, Mr. Aron has conducted himself in a respectful manner; there is nothing in his character or behavior that would discredit him.

Should you require any further information, please feel free to contact us.

Sincerely,

_____
Pastor Ezequias – Senior Pastor

LUIS MIGUEL MARTINS PEREIRA
Notary Public, State of New York
No. 01PE6417035
Qualified in Nassau County
Comission Expires on May 3, 20____

500 Jericho Turnpike, Mineola, NY, 11501 | www.ceifachurch.com | 516-738-9936 | @ceifachurch

# DECISION POINTS DUI

This certificate is awarded to

# Aron Cruz

For Completing the Nassau County Decision Points Program

J Plackis

John Plackis, Probation Director

12/15/25

DATE



February 9 2026

Dear Sir or Madam,

Please accept this letter as my testament towards the worthiness of Aron Cruz for consideration on his path to citizenship. My name is Joseph Fuchs, and I am the owner of Cool Fox Refrigerated Vehicles in New York. Aron Cruz has been working with my company since December 2013. Aron started with us as an apprentice framer, helping to construct and assemble our core product, insulated trucks. Within a short amount of time, we identified Aron's strong work ethic, and he was moved to our insulation team which requires extensive training and technical understanding. Aron thrived in this role and continued to show strengths that allowed us to promote him to a managerial role within our fiberglass finishing department. Here, Aron plays a critical role by managing a small group of fellow technicians while also acting as my right-hand man among the overall production facility, handling all manner of issues that arise daily. To close, Aron has proven to possess qualities we look for in a fellow citizen; honest, forthright with a problem-solving attitude backed by common sense and practical knowledge in his chosen profession. I look forward to seeing Aron along his citizenship journey and encourage all parties involved to invest in his future as well.

Please contact me if I can be of any further assistance.

Sincerely,

Joseph Fuchs – President

