

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

March 12, 2026

Honorable Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Cruz Pareja v. Almodovar, et.al.* 26-cv-1437 (Brown, J.)

Dear Judge Brown:

This Office represents Respondents in the above captioned habeas petition filed by Petitioner Aron Cruz Pareja ("Petitioner"). Docket Entry ("DE") #1.

This letter is respectfully submitted pursuant to Your Honor's Standing Order dated March 12, 2026. Respondents note that Petitioner pled guilty to an Aggravated Driving While Intoxicated, as a felony, on March 5, 2025, and was sentenced to a period of five years' probation, a fine and a license revocation.

However, Respondents are not currently in possession of any information, as required by Your Honor's order, of a "particularized reason to believe that Petitioner presents a danger to the community, a flight risk" or any information that Petitioner should be detained due to his involvement with illegal narcotics, violence, firearms or gang affiliation. *See* Standing Order.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:  /s/ Diane C. Leonardo
Diane C. Leonardo
Assistant U.S. Attorney
(631) 715-7854