UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ARON CRUZ PAREJA,

Petitioner,

v.

PAMELA BONDI, U.S. Attorney General; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; JUDITH ALMODOVAR, Field Office Director of Enforcement and Removal Operations, New York Field Office; RAUL MALDONADO JR., Warden of Metropolitan Detention Center Brooklyn,

Respondents.
------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

Civil Action No.
26-cv-1437 (GRB)

IT IS HEREBY STIPULATED AND AGREED, by and between the Petitioner Aron Cruz Pareja ("Petitioner") and Respondents PAMELA BONDI, U.S. Attorney General; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; JUDITH ALMODOVAR, Field Office Director of Enforcement and Removal Operations, New York Field Office; RAUL MALDONADO JR., Warden of Metropolitan Detention Center Brooklyn (collectively, the "Respondents"), through their undersigned counsel that:

1. This action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).
2. Petitioner's counsel reserves the right to pursue eligible attorneys' costs, expenses, and fees pursuant to the requirements outlined under Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) & 5 U.S.C. § 504 *et seq*.
3. The Clerk of the Court shall enter a judgment in accordance with this Stipulation and Order.

Dated: Mastic, New York
May 1, 2026

LAW OFFICE OF YASSER GHONAME
*Counsel for Petitioner*
1135 Montauk Highway
Mastic, New York 11950

By: s/Yasser Ghoname
Yasser Ghoname, Esq.
814-441-7564
yghoname@ymglegal.com

Dated: Central Islip, New York
May 1, 2026

JOSEPH NOCELLA, JR
United States Attorney
*Counsel for Respondents*
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722

By: s/
Robert W. Schumacher, II
Special Assistant U.S. Attorney
(631) 715-7871
Robert.schumacher@usdoj.gov

**So Ordered**

May , 2026

______________________________
HONORABLE GARY R. BROWN
U.S. District Judge E.D.N.Y.