UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

ARON CRUZ PAREJA,

                        Petitioner,

        v.

PAMELA BONDI, U.S. Attorney General; KRISTI
NOEM, Secretary, U.S. Department of Homeland
Security; JUDITH ALMODOVAR, Field Office Director
of Enforcement and Removal Operations, New York Field
Office; RAUL MALDONADO JR., Warden of
Metropolitan Detention Center Brooklyn,

                        Respondents.

-----------------------------------------------------------------------x

**STIPULATION AND ORDER
OF DISMISSAL WITHOUT
PREJUDICE**

Civil Action No.
26-cv-1437 (GRB)

**FILED
CLERK**

5/5/2026 10:02 am

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the Petitioner Aron Cruz

Pareja ("Petitioner") and Respondents PAMELA BONDI, U.S. Attorney General; KRISTI NOEM,

Secretary, U.S. Department of Homeland Security; JUDITH ALMODOVAR, Field Office Director

of Enforcement and Removal Operations, New York Field Office; RAUL MALDONADO JR.,

Warden of Metropolitan Detention Center Brooklyn (collectively, the "Respondents"), through

their undersigned counsel that:

1.     This action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

2.     Petitioner's counsel reserves the right to pursue eligible attorneys' costs, expenses, and fees pursuant to the requirements outlined under Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) & 5 U.S.C. § 504 *et seq.*

3.     The Clerk of the Court shall enter a judgment in accordance with this Stipulation and Order.

Dated: Mastic, New York  
      May 1, 2026

LAW OFFICE OF YASSER GHONAME  
*Counsel for Petitioner*  
1135 Montauk Highway  
Mastic, New York 11950

By:         s/*Yasser Ghoname*  
         Yasser Ghoname, Esq.  
         814-441-7564  
         yghoname@ymglegal.com

Dated: Central Islip, New York  
      May 1, 2026

JOSEPH NOCELLA, JR  
United States Attorney  
*Counsel for Respondents*  
Eastern District of New York  
610 Federal Plaza  
Central Islip, New York 11722

By:         s/  
         Robert W. Schumacher, II  
         Special Assistant U.S. Attorney  
         (631) 715-7871  
         Robert.schumacher@usdoj.gov

**So Ordered**

May  5 , 2026

    */s/ Gary R. Brown*  
HONORABLE GARY R.  
BROWN U.S. District Judge  
E.D.N.Y.